UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antwoine Bealer,<br><br>            Plaintiff,<br><br>    v.<br><br>Warden, et al.,<br><br>            Defendants. | Case No. 2:23-cv-00284-KJM-JDP (PC)<br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 16, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2024, ECF No. 17, are adopted in full;

2. Defendant Warden is dismissed from this action; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE