UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTWOINE BEALER,

        Plaintiff,

    v.

UNKNOWN,

        Defendant

Case No.  2:23-cv-0284-DC-JDP (PC)

ORDER

On September 4, 2025, after plaintiff indicated that he sought to have the United States Marshal serve two subpoenas, I ordered him to submit the completed subpoena forms and a check for one-hundred and thirty dollars.  ECF No. 34.  On November 18, 2025, I entered an order to show cause why this action should not be dismissed for failure to prosecute after plaintiff failed to respond to my prior order.  ECF No. 35.  On December 1, 2025, plaintiff responded to my order to show cause and stated that, on October 22, 2025, he submitted the subpoena forms to the United States Marshal and had also spoken with a deputy attorney general named Kori Salas (and another unnamed woman) about locating the information requested by the subpoenas.  ECF No. 36 at 1.  It is now mid-February, and plaintiff has failed to provide any other update as to the subpoenas.

1

Accordingly, it is ORDERED that, within twenty-one days of this order's entry, plaintiff shall apprise the court of the status of his subpoenas.  If he fails to respond to this order within the deadline, I may recommend this action be dismissed for failure to prosecute.

IT IS SO ORDERED.


Dated:     February 18, 2026           _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE